UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>T.V. NETWORK, et al.,<br><br>Defendants. | No. 1:20-cv-01331-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING THE CLERK OF COURT TO APPOINT DISTRICT JUDGE FOR PURPOSE OF CLOSING THIS CASE |

Plaintiff Antoine Deshawn Barnes ("plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this action on September 15, 2020. (Doc. No. 1). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "Plaintiff's complaint be dismissed for failure to state a claim, with prejudice, and without leave to amend" and "[t]he Clerk of Court be directed to close this case." (Doc No. 14 at 7).

Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on October 29, 2020, are ADOPTED IN FULL;
2. Plaintiff's complaint is DISMISSED for failure to state a claim, with prejudice, and without leave to amend; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 10, 2020**                                    /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE